# EXHIBIT A


## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|:---:|:---:|:---:|:---:|
| 46 | 38 | 8 | 18 |

## 18 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| **Rising Strong: A Substance Use Recovery Course** | Breaking free from substance use is a journey that's as unique as you are. Welcome to the course that's breaking the mold and setting you on your unique path t... | **Time to pass:** 7 hr 55 min **Total time:** 7 hr 55 min | **PASSED** **Completed:** Nov 15, 2024 |
| **Thinking for the Future - CBT** | Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment th... | **Time to pass:** 6 hr 45 min **Total time:** 6 hr 45 min | **PASSED** **Completed:** Nov 14, 2024 |
| **Social Studies - U.S. History** | In this course you will practice the skills necessary for the U.S. History segment of the GED test. You will read summaries and primary source documents and answer... | **Time to pass:** 3 hr 04 min **Total time:** 3 hr 04 min | **PASSED** **Completed:** Nov 16, 2024 |
| **A Guide Through the 12 Steps of Recovery** | The purpose of this course is to allow you to reflect on the ways alcohol or substance use has affected your life. It provides educational material on the 12 steps of AA/NA as well a... | **Time to pass:** 2 hr 49 min **Total time:** 2 hr 49 min | **PASSED** **Completed:** Oct 14, 2024 |
| **Introduction to Changin' Your Game Plan: The Blueprint...** | Changin' Your Game Plan: The Blueprint For Success During and After Incarceration is a practical approach to positive change as well as mental and emotional growth while... | **Time to pass:** 2 hr 37 min **Total time:** 2 hr 37 min | **PASSED** **Completed:** Nov 14, 2024 |
| **Introduction to The Phoenix** | Welcome to Introduction to The Phoenix! In this course, you will sample 5 different types of Phoenix classes, including fitness, yoga, and meditation. At the end of each class,... | **Time to pass:** 2 hr 18 min **Total time:** 2 hr 33 min | **PASSED** **Completed:** Nov 17, 2024 |
| **Introduction to Art Therapy for Self-Improvement...** | Art therapy is so much more than "just drawing pictures." It is the field where the worlds of art and psychology meet to help people work through challenging behavior... | **Time to pass:** 1 hr 56 min **Total time:** 1 hr 56 min | **PASSED** **Completed:** Oct 23, 2024 |


| Course name | Overview | Time | Status |
|---|---|---|---|
| Impact: Families & Addiction | A drug prevention course using the film "Son to Son" as its base. It focuses on several key themes and topics related to substance abuse prevention and awareness. "Son to... | **Time to pass:** 1 hr 49 min **Total time:** 1 hr 49 min | **PASSED** **Completed:** Nov 10, 2024 |
| Apply Your Strengths from Shining Light | Welcome to Shining Light's "Apply Your Strengths" Course! In this four-part video series, we will expand on Shining Light's "Learn Your Strengths" course by giving y... | **Time to pass:** 1 hr 41 min **Total time:** 1 hr 41 min | **PASSED** **Completed:** Oct 19, 2024 |
| Learn Your Strengths from Shining Light | Welcome to Shining Light's "Learn Your Strengths" Course! In this four-part video series you will have the opportunity to: - Learn about positive qualities we all have,... | **Time to pass:** 1 hr 33 min **Total time:** 1 hr 33 min | **PASSED** **Completed:** Oct 13, 2024 |
| Anger Management | This course will help you to learn to manage anger, stop violence or the threat of violence, develop self-control over thoughts and actions, and receive support and... | **Time to pass:** 1 hr 21 min **Total time:** 1 hr 26 min | **PASSED** **Completed:** Oct 9, 2024 |
| Introduction to Community & Leadership with The... | The Phoenix is more than fitness and meditation- we are a community full of inspiring leaders! This course is an introduction to concepts that are important... | **Time to pass:** 0 hr 42 min **Total time:** 0 hr 42 min | **PASSED** **Completed:** Nov 10, 2024 |
| Introduction to the 2nd Opportunity Programs | Winner of Cook County Sheriff's Office 2022 Reentry Initiative, The 2nd Opportunity Learning Path is designed for men and women inside jails and prisons preparing f... | **Time to pass:** 0 hr 40 min **Total time:** 0 hr 40 min | **PASSED** **Completed:** Nov 9, 2024 |
| Houses of Healing: The Basics | Houses of Healing has made a truly life-changing difference for thousands of incarcerated people. As one participant wrote... "I could not see myself making the... | **Time to pass:** 0 hr 38 min **Total time:** 0 hr 38 min | **PASSED** **Completed:** Nov 11, 2024 |
| Human Trafficking in the United States: The... | Human Trafficking in the US is among the least understood and least visible crimes in our country. Yet, at least 400,000 people in the US currently live in situations of moder... | **Time to pass:** 0 hr 30 min **Total time:** 0 hr 30 min | **PASSED** **Completed:** Nov 10, 2024 |
| The GOGI Life Tools - BOSS OF MY BRAIN - Fixed | The GOGI Life Tool called BOSS OF MY BRAIN helps you realize the control you have over what your brain does. When you use BOSS OF MY BRAIN, you may realize you a... | **Time to pass:** 0 hr 27 min **Total time:** 0 hr 27 min | **PASSED** **Completed:** Nov 9, 2024 |

| Course name | Overview | Time | Status |
|---|---|---|---|
| How to Reverse an Opioid Overdose | Explore the vital topic of naloxone—an opioid overdose reversal medication. We will delve into what naloxone is, how it works, where to obtain it in the community, the... | **Time to pass:** 0 hr 22 min **Total time:** 0 hr 22 min | **PASSED** **Completed:** Nov 9, 2024 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is n... | **Time to pass:** 0 hr 19 min **Total time:** 0 hr 19 min | **PASSED** **Completed:** Nov 13, 2024 |


# Supplemental Learning - 7 hr 50 min

### Summary

Listed below are the top **11** supplemental interactive learning items Richard has spent time on. In addition, Richard has engaged with **46 readings**, **33 learning videos**, and **2 audio recordings**.

| Title | Time |
| --- | --- |
| Black History, Black Freedom, and Black Love Lessons from Influential Black Voice... | 3 hr 50 min |
| PREP Domestic Violence | 1 hr 52 min |
| News Inside - Issue 11 | 1 hr 44 min |
| Social Studies - Geography | 0 hr 11 min |
| Introduction to Islamic prayers. | 0 hr 09 min |
| Sing Sing - Bonus Features | 0 hr 05 min |
| Influence: A Film in Poetic Verse | 0 hr 01 min |
| Prayer in Islam | 0 hr 01 min |
| Science - Earth and Space Science | 0 hr 01 min |
| Introduction to Islam | 0 hr 01 min |
| Active Recovery with The Phoenix | 0 hr 00 min |



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## Richard Thompson

**FOR SUCCESSFUL COMPLETION OF**

## Social Studies - U.S. History

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 16, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Richard Thompson

FOR SUCCESSFUL COMPLETION OF

## Rising Strong: A Substance Use Recovery Course

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 15, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Richard Thompson

FOR SUCCESSFUL COMPLETION OF

## How to Reverse an Opioid Overdose

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 09, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO
## Richard Thompson

FOR SUCCESSFUL COMPLETION OF
## Impact: Families & Addiction

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 10, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Richard Thompson

FOR SUCCESSFUL COMPLETION OF

Human Trafficking in the United States: The Truth and What You Can Do About It*

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 10, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Richard Thompson

FOR SUCCESSFUL COMPLETION OF

## Anger Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 09, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## Richard Thompson

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Community & Leadership with The Phoenix

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 10, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Richard Thompson

FOR SUCCESSFUL COMPLETION OF

## Thinking for the Future - CBT

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 14, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

Richard Thompson

FOR SUCCESSFUL COMPLETION OF

Learn Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 13, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Richard Thompson

FOR SUCCESSFUL COMPLETION OF

## Introduction to the 2nd Opportunity Programs

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 09, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

Richard Thompson

FOR SUCCESSFUL COMPLETION OF

The GOGI Life Tools - BOSS OF MY BRAIN - Fixed

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 09, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Richard Thompson

FOR SUCCESSFUL COMPLETION OF

## Apply Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 19, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

Richard Thompson

FOR SUCCESSFUL COMPLETION OF

A Guide Through the 12 Steps of Recovery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 14, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Richard Thompson

FOR SUCCESSFUL COMPLETION OF

## Houses of Healing: The Basics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 11, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## Richard Thompson

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Art Therapy for Self-Improvement, Reduced Anxiety and Better Relationships

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

October 23, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO
## Richard Thompson

FOR SUCCESSFUL COMPLETION OF
## Criminal Process: The Basics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 13, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## Richard Thompson

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Changin' Your Game Plan: The Blueprint to Success During and After Incarceration

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 14, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Richard Thompson

FOR SUCCESSFUL COMPLETION OF

## Introduction to The Phoenix

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

November 17, 2024

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.